**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**HI-WAY GMC SALES & SERVICE.**

No. 16793.

United States Court of Appeals
Eighth Circuit.

Aug. 8, 1961.

Dominick L. Manoli, Associate Gen. Counsel, N. L. R. B. and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

Dale Bredthauer, E. F. Noble, Grand Island, Neb., for respondent.

PER CURIAM.

Petition for enforcement of order of National Labor Relations Board permitted to be withdrawn. Clerk to retain petition in his possession. Leave granted Labor Board to withdraw certified record of proceedings filed herein June 15, 1951. Clerk to return same to Labor Board.

**Roy J. STEINER, Appellant**

v.

**Abraham A. RIBICOFF, Secretary of Health.**

No. 16782.

United States Court of Appeals
Eighth Circuit.

Aug. 16, 1961.

C. Paul Jones, Minneapolis, Minn., for appellant.

Miles W. Lord, U. S. Atty., St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**Lila CINERESKI, Appellant**

v.

**Jerry Dean HARDY.**

No. 16729.

United States Court of Appeals
Eighth Circuit.

Aug. 29, 1961.

Thaine Q. Blumer, Kansas City, Mo., for appellant.

Edward E. Schmitt, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellee.

**UNITED STATES, Appellant**

v.

**Winifred W. SHAFER, as Executrix, etc.**

No. 16653.

United States Court of Appeals
Eighth Circuit.

Aug. 24, 1961.

Louis F. Oberdorfer, Asst. Atty. Gen., Meyer Rothwacks, Acting Chief, Appellate section, Washington, D. C., Roy W. Meadows, U. S. Atty., Conrad A. Amend, Asst. U. S. Atty., and Richard J. Wells, Asst. U. S. Atty., Des Moines, Iowa, for appellant.

Henry R. Ottesen, Davenport, Iowa, for appellee.

PER CURIAM.

Judgment of District Court reversed; complaint ordered dismissed, except as to specified portion of judgment which portion is affirmed.